BENJAMIN J. STRAUS et al., Respondents, v. BOSTON INSURANCE COMPANY et al., Appellants.—

Order affirmed, with costs.

Herlihy, P. J., Reynolds, Staley, Jr., and Cooke, JJ., concur.